Russell D. Bevans. OSB #73028
russell.bevans@gmail.com
Christopher D. Bevans, OSB #070948
cbevans33@gmail.com
Bevans & Cooper LLC
895 Country Club Rd., Suite C-175
Eugene, OR 97401
Telephone: (541) 484-0332
Facsimile: (541) 484-0322
Of Attorney for Defendants Roberts

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **FISHING ROCK OWNERS' ASSOCIATION, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID ROBERTS and SHARON ROBERTS,**<br><br>Defendant. | Case No.:<br><br>**DEFENDANTS DAVID AND SHARON ROBERTS NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b)**<br><br>**(FEDERAL QUESTION)** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that defendants David Roberts and Sharon Roberts (hereinafter "Defendants") hereby remove to this court the state court actions described below.

1. On March 15, 2012 an action was filed in the Circuit Court for the State of Oregon County of Lincoln, entitled *Fishing Rock Owners' Association, Inc., v. Roberts, et al.*, Case No. 120801. A copy of the Complaint is attached hereto as Exhibit 1.

2. Defendants were served with Summons and Complaint on March 29, 2012. A copy of the Summons served on Defendants is attached Hereto as exhibit 2. This Notice of Removal is timely under 28 U.S.C. 1446(b), which provides that a notice of removal shall be filed within 30 days after receipt by a defendant, by service or otherwise, of the initial pleading.

DEFENDANTS DAVID AND SHARON ROBERTS NOTICE OF REMOVAL - 1

3. The court has original and supplemental jurisdiction of the claims in plaintiffs complaint pursuant to 28 U.S.C. § 1343(a)(2-4) and 28 U.S.C. § 1331. Removal Jurisdiction is proper pursuant to 28 U.S.C. § 1441(b) and (c) (e)(1)(A) and (B) in that Defendants will defend and pursue a counterclaim under 42 U.S.C. § 3601 (The Federal Fair Housing Act).

4. As required by 28 U.S.C. § 1446(a) a copy of all process pleadings and Orders served upon Defendants are attached hereto as exhibits 1,2, &3.

5. Promptly after filing this Notice of Removal, Defendants will serve a copy upon plaintiff and will file a copy with the Clerk of the Circuit Court of Lincoln County, Oregon.

DATED, this 27th day of April 2012.

                                              Bevans & Cooper LLC

                                              _____
Russell D. Bevans, OSB 73028
russell.bevans@gmail.com
Christopher D. Bevans, OSB 070948
cbevans33@gmail.com
895 Country Club Rd, Suite C-175
Eugene, OR 97401
Telephone: (541) 484-0332;
Facsimile: (541) 484-0322
Of Attorney for Defendants Roberts

DEFENDANTS DAVID AND SHARON ROBERTS NOTICE OF REMOVAL - 2