Please conform
and return to:
Gary C. Hamilton

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LINCOLN

| FISHING ROCK OWNERS' ASSOCIATION, INC. | |
|---|---|
| Plaintiff, | Case No. 12080| |
| v. | ORDER TO SHOW CAUSE WHY PRELIMINARY INJUCTION SHOULD NOT BE ENTERED |
| DAVID ROBERTS and SHARON ROBERTS | |
| Defendants. | |

TO: David Roberts and Sharon Roberts

Based upon Plaintiff's Motion for Order to Show Cause Why Preliminary Injunction Should Not be Entered, and based upon the record before the Court, including the Verified Compliant, and Affidavit of Gary C. Hamilton, and good cause now appearing,

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

Defendants must appear before this Court on _April 2, 2012_ at _10:30_ (a.m.)/p.m. at the Lincoln County Courthouse, Room _305_, and show cause, if any they may have, why a Preliminary Injunction should not be entered forthwith by the Court restraining Defendant, and its agents, servants, employees, attorneys, and all others in active concert for participation with them who receive actual notice thereof by personal service or otherwise from furthering any business enterprise upon lots 10, 11 and 12 in the Fishing Rock Subdivision, Depoe Bay, Oregon until a full and fair determination of the merits of Plaintiff's Complaint may be reached by the Court in this action or upon further order of the Court.

Failure of Defendants to appear or respond in writing to this Court by the date and time

Page 1 –ORDER TO SHOW CAUSE

1  prescribed above will result in a Preliminary Injunction being entered which will become effective
2  upon posting of a qualified bond or other security in conformance with ORCP Rule 82, in a sum
3  to be determined by the Court and entered upon the Preliminary Injunction Order.

5  DATED: This 21st day of March, 2012.

/s/ Charles P. Littlehales
_____
Lincoln County Circuit Court Judge

Page 2 – ORDER TO SHOW CAUSE

Gary C. Hamilton
626 SW Hurbert, PO Box 2354 Newport, Oregon 97365
(541) 264-8399  Fax (541) 264-8401  [garychamiltonlaw@yahoo.com]

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LINCOLN

| | |
|---|---|
| FISHING ROCK OWNERS' ASSOCIATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROBERTS and SHARON ROBERTS<br><br>Defendants. | Case No.<br><br>**MOTION FOR ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED AND REQUEST FOR HEARING** |

Plaintiff, by and through its attorney, Gary C. Hamilton, and moves the Court for an Order to Show Cause why the Court should not enter a Preliminary Injunction restraining Defendants and their agents, servants, employees, attorneys, and all others in active concert for participation with them who receive actual notice thereof by personal service or otherwise from furthering any business enterprise upon lots 10, 11 and 12 in the Fishing Rock Subdivision, Depoe Bay, Oregon until a full and fair determination of the merits of Plaintiff's Complaint may be reached by the Court in this action or upon further order of the Court.

This Motion is made pursuant to ORCP Rule 79A and 79C for the reason that Defendants' proposed plan of operating a business within Fishing Rock is in violation of the Protective Covenants. Said business enterprise, if allowed to operate, will cause irreparable harm to Plaintiff in the form of diminution of esthetic and monetary value of real property owned by the residents of Fishing Rock and there is a high likelihood of Plaintiff prevailing on the merits of some or all of their claims as contained in their Complaint simultaneously filed with this Motion. This Motion is supported by the Affidavit of the undersigned and the points and authorities cited below.

Page 1 – MOTION FOR ORDER TO SHOW CAUSE

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF LINCOLN

| | |
|---|---|
| FISHING ROCK OWNERS' ASSOCIATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>DAVID ROBERTS and SHARON ROBERTS<br><br>Defendants. | Case No.<br><br>**AFFIDAVIT OF GARY C. HAMILTON** |

STATE OF OREGON    )
                   )ss.
County of Lincoln  )

I, Gary C. Hamilton, having been first duly sworn does hereby depose and aver as follows:

1.

I am the attorney for the Plaintiff herein.

2.

On or about March 9, 2011, Defendant David Roberts advised me that he was going to open a drug rehabilitation center at property he owns with his wife, Defendant Sharon Roberts, within the Fishing Rock subdivision in Depoe Bay, Lincoln County, Oregon.

3.

Recently I have been advised by Fishing Rock Board Members that the Defendants have moved from their residence within Fishing Rock and have placed signs in their windows of their residence within Fishing Rock advertising their business enterprise.

Page 1 –AFFIDAVIT OF GARY C. HAMILTON